IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RUSSELL W. BRADLEY and
OPAL LAVONIA PITTS,
    Plaintiffs,

vs.                                               Case No.: 3:11cv394/RV/EMT

LISA BEARD, et al.,
    Defendants.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated October 11, 2011 (doc. 12). Plaintiffs have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     This cause is **DISMISSED** due to lack of jurisdiction.

**DONE AND ORDERED** this 15th day of November, 2011.

                                                           /s/ *Roger Vinson*
                                                           **ROGER VINSON**
                                                            **SENIOR UNITED STATES DISTRICT JUDGE**